UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON JOEY WATTS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIMON HAMANN,<br><br>　　　　　　　Defendant. | No. 2:17-cv-0379 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On March 15, 2017, the undersigned recommended that this action be dismissed without prejudice.

On March 24, 2017, plaintiff filed a motion for leave to amend his complaint.[1] Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

////

////

---

[1] Plaintiff's motion was not dated, so it is unclear whether plaintiff had benefit of the court's March 15, 2017 order and findings and recommendations.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's March 24, 2017 motion for leave
2 to amend (ECF No. 13) is denied without prejudice.
3 Dated: March 28, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/watt0379.10b