1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    QUINTON JOEY WATTS,                      No.  2:17-cv-0379 MCE KJN P

12                Plaintiff,

13        v.                                   ORDER

14    SIMON HAMANN,

15                Defendant.

16

17        Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief

18    pursuant to 42 U.S.C. § 1983.  This action was dismissed on May 1, 2017.

19        On May 24, 2018, plaintiff filed a request for the court to waive the balance of his filing

20    fee.  Prisoners are required to pay the full filing fee to commence a civil action, see 28 U.S.C.

21    § 1915(b)(1).  Plaintiff is advised that no orders will issue in response to further filings in this

22    closed action.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 17) is denied.

24    Dated:  July 5, 2018

25

26                                              _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
27

28    /watt0379.waiv

1